# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY<br><br>Plaintiff,<br><br>v.<br><br>ADV-CARE PHARMACY, INC.<br><br><br>Defendant. | Case No. 1:17-cv-00251-DCN<br><br><br>The Honorable Donald C. Nugent<br>Ctrm 15A |

## MOTION BY DEFENDANT CARTRIDGE WORLD NORTH AMERICA, LLC FOR ADMISSION OF NICOLE V. OZERAN, ESQ. TO APPEAR BEFORE THIS COURT *PRO HAC VICE*

Comes now Defendant ADV-CARE PHARMACY, INC. ("Defendant"), by and through counsel, and in accordance with Local Rule 83.5(h), moves for leave for Attorney Nicole V. Ozeran to appear *pro hac vice* before this Court on behalf of Defendant.

Counsel's admission fee is tendered with this motion.  In accordance with Local Rule 83.5(h), attached to this motion is an affidavit swearing to Ms. Ozeran's good standing. (Exhibit A).

1.    Nicole V. Ozeran is a Member with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

2.    Nicole V. Ozeran' current address, telephone number, facsimile number, email address and California state bar registration number are:

Name:         Nicole V. Ozeran (302321)
Firm:         Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Address:      2029 Century Park East, Suite 3100
              Los Angeles, CA 90067
Telephone:    310-586-3200
Facsimile:    310-586-3202
Email:        nvozeran@mintz.com

3.      The bars, state and federal, of which Nicole V. Ozeran is a member, with dates of admission and registration numbers, if any:

Bar of the State of California, Reg. No. 302321, January 14, 2015
United States District Court for the Central District of California, July 31, 2015
United States District Court for the Eastern District of California, November 7, 2017
United States District Court for the Northern District of California, January 10, 2018

4.      Nicole V. Ozeran is a member of good standing of the Bar of the State of California and has been continuously since January 14, 2015.

5.      Nicole V. Ozeran has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the part.

6.      There are no pending disciplinary proceedings against Nicole V. Ozeran in any State or Federal Court.

Based on the foregoing information, the attached affidavit swearing to good standing and the included $120.00 fee, Defendant and Nicole V. Ozeran respectfully request that this Court permit her to appear *pro hac vice* in this litigation

Dated:  January 9, 2018

Respectfully submitted,

/s/ Julie L. Juergens
Richard C.O. Rezie (0071321)
Julie L. Juergens (0066873)
GALLAGHER SHARP LLP
Sixth Floor, Bulkley Bldg.
1501 Euclid Avenue
Cleveland, Ohio 44115
Telephone: (216) 241-5310
Fax: (216) 241-1608
Email:  rrezie@gallaghersharp.com

***And***

/s/ Nicole V. Ozeran
Nicole V. Ozeran (302321)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
310-586-3200
310-586-3202
nvozeran@mintz.com
ADV-CARE PHARMACY, INC.
Counsel for Defendant

74798089v.1

3