# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY<br><br>Plaintiff,<br><br>v.<br><br>ADV-CARE PHARMACY, INC.<br><br><br>Defendant. | Case No. 1:17-cv-00251-DCN<br><br>The Honorable Donald C. Nugent<br>Ctrm 15A |

## MOTION BY DEFENDANT ADV-CARE PHARMACY, INC. FOR ADMISSION OF CLAIRE C. NEWLAND, ESQ. TO APPEAR BEFORE THIS COURT *PRO HAC VICE*

Defendant ADV-CARE PHARMACY, INC. ("Defendant"), by and through counsel, and in accordance with Local Rule 83.5(h), moves for leave for Attorney Claire C. Newland to appear *pro hac vice* before this Court on behalf of Defendant.

Counsel's admission fee is tendered with this motion. In accordance with Local Rule 83.5(h), attached to this motion is an affidavit swearing to Ms. Newland's good standing. (Exhibit A).

1. Claire C. Newland is an Associate with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

2. Claire C. Newland's current address, telephone number, facsimile number, email address are:

Name: Claire C. Newland
Firm: Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Address: 44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
Email: ccnewland@mintz.com

3. The bars, state and federal, of which Claire C. Newland is a member, with dates of admission and registration numbers, if any:

Bar of the State of California, Reg. No. 301017, December 2014
United States District Court for the Northern District of California, December 17, 2014
United States District Court for the Central District of California, August 7, 2015
United States District Court for the Eastern District of California, June 2, 2017
United States District Court for the Northern District of Illinois, February 10, 2016

4. Claire C. Newland is a member in good standing of the Bar of the State of California and has been continuously since December 2014.

5. Claire C. Newland has never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the part.

6. There are no pending disciplinary proceedings against Claire C. Newland in any state or federal court.

Based on the foregoing information, the attached affidavit swearing to good standing and the included $120.00 fee, Defendant and Claire C. Newland respectfully request that this Court permit her to appear *pro hac vice* in this litigation.

Dated: June 7, 2018  Respectfully submitted,

 */s/ Julie L. Juergens*
Richard C.O. Rezie (0071321)
Julie L. Juergens (0066873)
GALLAGHER SHARP LLP
Sixth Floor, Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115
Tel: 216-241-5310
Fax: 216-241-1608
Email: rrezie@gallaghersharp.com


 */s/ Nicole V. Ozeran*
Nicole V. Ozeran (302321)
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel: 310-586-3200
Fax: 310-586-3202
Email: nvozeran@mintz.com

Claire C. Newland (301017)
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
Fax: 415-432-6001
Email: ccnewland@mintz.com

Counsel for Defendant
ADV-CARE PHARMACY, INC.